UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CITATION LOGISTICS, LLC,
                  Plaintiff,

versus

LAGNIAPPE LOGISTICS I, INC.,
                  Defendant.

CIVIL ACTION NO. 16-7291

JUDGE

MAGISTRATE

## COMPLAINT

The plaintiff, Citation Logistics, LLC ("Citation"), represents:

### NATURE OF CASE

1. This is a case is about willful copyright infringement and unfair and deceptive trade practices by Lagniappe Logistics I, Inc. ("Lagniappe") involving Citation's website. Lagniappe not only copied Citation's website, it also substituted itself for all references to Citation and used the website to advertise and promote its competing business. A copy of Citation's website, http://citationlogistics.com, is attached as Exhibits A1-A6 (as of May 16, 2016). A copy of Lagniappe's website, http://lalogistics.com, is attached as Exhibits B1-B6 (as of May 16, 2016).

### JURISDICTION, VENUE, AND PARTIES

2. This action arises under the Copyright Act of 1976, Title 17 U.S.C., §§ 101, *et seq.*, and therefore this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). The Court also has supplemental jurisdiction over related state law claims under 28 U.S.C. §§ 1338(b) and 1367(a).

3.  This is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred and in which Lagniappe or its agent resides or may be found, and therefore venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a).

4.  Citation is a Louisiana limited liability company, and its principal place of business is located in Slidell, Louisiana, which is located within this judicial district.

5.  Lagniappe is a Mississippi corporation with its principal place of business located in Slidell, Louisiana.

## FACTUAL ALLEGATIONS

6.  Citation is a full-service logistics company that serves a variety of industries across the nation. Like most logistics companies, Citation advertises its services to current and prospective customers through its website, citationlogistics.com.

7.  In 2013 and 2014 Citation spent thousands of dollars developing and hosting its website. Citation owns the copyrights in its website and has registered them with the United States Copyright Office. Reg. No. TXu 1-993-423, attached as Exhibit C. Citation included the following copyright notice and reservation of rights in the footer of each webpage of its website: "Copyright 2013 Citation Logistics, LLC. All rights reserved."

8.  In March 2016 Scott Buras, a member of Citation, accessed Lagniappe' website, lalogistics.com. He found that Lagniappe's website appeared to be virtually identical to the website Citation had used for years.

9.  Citation's website was divided into six webpages: Home, About Us, Services, Trailer Types, Client Login, and Contact Us. *See* Exhibits A1-A6.

10. Lagniappe accessed and copied Citation's website. Because Lagniappe's website was a virtually identical copy of Citation's website, Lagniappe's website was also divided into six webpages. *See* Exhibits B1-B6. In the header and footer of each webpage, Lagniappe

replaced all references to Citation logistics with its own name, address, and telephone information. In the footer of its webpages, Lagniappe also included a copyright notice but falsely identified itself as the copyright owner.

11. The text on Lagniappe's "HOME" webpage was virtually identical to the text on Citation's "HOME" webpage, except that Lagniappe replaced all references to Citation with references to itself. The illustrations shown on Lagniappe's "TRAILER TYPES" webpage are identical to the illustrations shown on Citation's "TRAILER TYPES" webpage.

12. Likewise, the text and web links on Lagniappe's "CLIENT LOGIN" and "CONTACT US" webpages were virtually identical to the text and web links on Citation's "CLIENT LOGIN" and "CONTACT US" webpages, except that Lagniappe replaced all names, addresses, and telephone numbers for Citation with names, addresses, and telephone numbers for itself.

13. Even the text describing Lagniappe's business and services on its "ABOUT US" and "SERVICES" webpages was virtually identical to the text on Citation's "ABOUT US" and "SERVICES" webpages, except that Lagniappe replaced all references to Citation with references to itself.

14. Lagniappe's website also copied the look and feel of Citation's website by using the same font, text color, typeface, header and foot coloring, and webpage layout and navigation.

15. Lagniappe used its website to advertise its services to current and prospective customers.

16. Due to Lagniappe's acts as alleged above, Lagniappe has obtained direct and indirect profits it would not otherwise have realized but for its violation of Citation' rights. Citation is therefore entitled to disgorgement of Lagniappe's profits directly and indirectly

attributable to its infringement and deceptive trade practices, in an amount to be established at trial.

### FIRST CLAIM: COPYRIGHT INFRINGEMENT

17. Lagniappe's unauthorized acts as described above constitute copyright infringement. Such infringement was willful, intentional and malicious, which further subjects Lagniappe to liability for statutory damages under 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Citation will make its election between actual damages and statutory damages.

### SECOND CLAIM: UNFAIR AND DECEPTIVE TRADE PRACTICES

18. Lagniappe's conduct offends established public policy and is immoral, unethical, oppressive, unscrupulous and substantially injurious to Citation in that Lagniappe modified and misappropriated Citation's website to pass it off as its own and used Citation's descriptions and advertisements of Citation's services and experience to describe and advertise its own services and experience.

19. Lagniappe's unauthorized acts as described above constitute unfair or deceptive acts or practices in violation of the Louisiana Unfair Trade Practices Law, La. R.S. § 51:1401, et seq. Notice of this Complaint is being been sent to the Attorney General pursuant to La. R.S. § 51:1409(B).

### JURY DEMAND

20. Citation demands a trial by jury of all issues so triable herein.

**PRAYER FOR RELIEF**

21. Wherefore, the plaintiff Citation prays that this Court:

a. issue a permanent injunction enjoining Lagniappe from infringing Citation's copyrights in any manner, including specifically those for Citation's website, and from using any of Citation's advertising materials to advertise or promote Lagniappe's business or services;

b. render a judgment in favor of Citation and against Lagniappe on all of the claims of Citation, as follows:

   i. terminating the right of Lagniappe, a foreign corporation, to do business in Louisiana pursuant to La. R.S. § 51:1408(4);

   ii. ordering Lagniappe to deliver for impoundment all copies of Citation's website and all articles by means of which copies of the website have been made or used in violation of Citation's exclusive rights therein;

   iii. ordering Lagniappe to account to Citation for its profits arising from its wrongful acts;

   iv. awarding Citation all profits of Lagniappe, plus any other advantage gained by Lagniappe from its unfair trade practices, the exact sum to be proven at trial;

   v. awarding Citation treble damages;

   vi. casting Lagniappe in judgment for damages, attorneys' fees, costs, and such other relief as the Court deems just for the injuries suffered by Citation; and

   vii. directing Lagniappe to pay Citation's attorneys' fees as available under the Copyright Act U.S.C. §§ 101, et seq., Louisiana's Unfair Trade Practices Act, La. R.S. § 51:1401, et seq., or any other applicable law or this Court's inherent authority; and

c. grant Citation such further legal and equitable relief as the Court deems proper.

Respectfully submitted,

*/s/Micah Fincher*
JOSEPH F. LAVIGNE (28119)
MICAH J. FINCHER  (33830)
Jones Walker LLP
201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana  70170-5100
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8464
Email:  jlavigne@joneswalker.com
            mfincher@joneswalker.com

*and*

JUSTIN OURSO (08552)
Jones Walker LLP
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone:  (225) 248-2000
Facsimile:  (225) 248-2010
Email:  jourso@joneswalker.com

**Counsel for the Citation Logistics, LLC**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CITATION LOGISTICS, LLC, <br> Plaintiff, <br><br> versus <br><br> LAGNIAPPE LOGISTICS I, INC., <br> Defendant. | CIVIL ACTION NO. 16- <br><br> JUDGE <br><br> MAGISTRATE |

## VERIFICATION

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this ___ day of May 2016.

_____
Scot Buras
Member of Citation Logistics, LLC

{N3202539.3}